**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on March 15, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re:<br>Raymond Carney | Case No.: 21-18673<br>Adv. No.: 22-01049-CMG |
| Michael C Worsham<br><br>vs.<br>Raymond Carney | Hearing Date: 3/15/22<br>Judge: Christine M. Gravelle |

Recommended Form:   ☒ Followed   ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
For Electronic Filing

The relief set forth on the following page is **ORDERED**.

**DATED: March 15, 2022**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

A motion or application having been filed on _____February 9_____, 20 _22_ by _____Michael C Worsham_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*rev.8/1/15*