Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

In Re:  Raymond Carney  
Debtor

Case No.: 21–18673–CMG  
Chapter 13

Michael C Worsham  
Plaintiff

v.

Raymond Carney  
Defendant

Adv. Proc. No. 22–01049–CMG                Judge: Christine M. Gravelle

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on March 15, 2022, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 6 – 3  
Order Denying Motion for Entry of an Order for Electronic Filing (Related Doc # 3). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/15/2022. (rms)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 15, 2022  
JAN: rms

Jeanne Naughton  
Clerk