Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

In Re:  Raymond Carney
Debtor

                                        Case No.: 21−18673−CMG
                                        Chapter 13

Michael C Worsham
Plaintiff

v.

Raymond Carney
Defendant

Adv. Proc. No. 22−01049−CMG                 Judge: Christine M. Gravelle

---

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on March 15, 2022, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 6 − 3
Order Denying Motion for Entry of an Order for Electronic Filing (Related Doc # 3). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/15/2022. (rms)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 15, 2022
JAN: rms

                                                                               Jeanne Naughton
                                                                               Clerk

United States Bankruptcy Court

District of New Jersey

Worsham,
    Plaintiff

Adv. Proc. No. 22-01049-CMG

Carney,
    Defendant

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Mar 15, 2022 | Form ID: orderntc | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | Raymond Carney, 165 Mistletoe Ct, Toms River, NJ 08753-1309 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | + Email/Text: michael@magicmichael.net | Mar 15 2022 20:44:00 | Michael C Worsham, 1916 Cosner Road, Forest Hill, MD 21050-2210 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2022      Signature:      /s/Joseph Speetjens